IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>Plaintiff,<br><br>vs.<br><br>NILS OVE MARCELIND, OLA PERSSON, ROLF OSTLUND, LARS APELTHUN, and, ANDERS BRUNNEGARD,<br><br>Defendants. | Civil Action No. 3:15-cv-198<br><br>JUDGMENT |

**THIS MATTER** comes before the Clerk of Court on the Receiver's Motion for Default Judgment by Clerk of Court. *See* Doc. No. 17. The Clerk of Court previously entered default against Defendant Nils Ove Marcelind ("Defendant Marcelind") on October 5, 2015. *See* Doc. No. 12. In accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure, the Plaintiff in this matter has requested a sum certain and has provided an affidavit showing the amount due by Defendant Marcelind.

**IT IS, THEREFORE, ORDERED** that the Receiver's Motion for Default Judgment by Clerk of Court is GRANTED, and the Receiver shall have and recover of Defendant Marcelind the sum of $167,223.65, which is comprised of $131,051.06 in principal and $36,172.59 in prejudgment interest from August 13, 2012 to October 13, 2015. Postjudgment interest shall accrue on the entire Judgment, including the award of prejudgment interest, at the rate specified under 28 U.S.C. § 1961 from the date of entry of this Judgment until paid in full.

Signed: October 14, 2015

Frank G. Johns, Clerk
United States District Court