IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV198

| | | |
|---|---|---|
| KENNETH D. BELL, | ) | |
| In his capacity as court-appointed | ) | |
| Receiver for Rex Venture Group, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| NILS OVE MARCELIND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon a letter received from *pro se* Defendant Anders Brunnegard on October 27, 2015. Default Judgment was entered against Mr. Brunnegard on October 14, 2015. The Court will treat Mr. Brunnegard's letter as a motion to set aside default judgment, and the Plaintiff is hereby directed to file a response.

IT IS SO ORDERED.

Signed: November 2, 2015

Graham C. Mullen
United States District Judge