# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:15CV198

| | | |
|---|---|---|
| **KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | ORDER |
| **NILS OVE MARCELIND, et al.,** | ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER** comes before the Court on what the Court has deemed Defendant Anders Brunnegard's motion to set aside the Default Judgment entered against him in this action. *See* Doc. No. 26. The Court has considered Defendant Brunnegard's communications with the Court, the Receiver's response and the other evidence and arguments of record in this action.

Viewed most generously, Defendant Brunnegard argues that he believed that his letter to the Receiver's counsel on September 4, 2015 was a sufficient answer to the Complaint in this action. While Brunnegard failed to properly file the purported "answer" with the Court as required by the Summons, the Court finds that in light of Mr. Brunnegard's *pro se* status, as well as the fact that he is a Swedish citizen, the circumstances herein constitute a "mistake" or a reason sufficient to justify relief from the judgment. *See* Rule 60, Fed. R. Civ. P. Accordingly, the Court will set aside the default.

After the Receiver filed his response to the motion to set aside default judgment, Defendant Brunnegard filed a document, along with exhibits, that purports to be an answer. The Court directs the Clerk to file this document (Doc. No. 28) as Defendant Brunnegard's Answer.

IT IS THEREFORE ORDERED that Defendant Brunnegard's motion to set aside default judgment is hereby GRANTED.

Signed: March 3, 2016

Graham C. Mullen
United States District Judge