IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>Plaintiff,<br><br>vs.<br><br>NILS OVE MARCELIND, OLA PERSSON, ROLF OSTLUND, LARS APELTHUN, and, ANDERS BRUNNEGARD,<br><br>Defendants. | Civil Action No. 3:15-cv-198 |

## ORDER GRANTING
## MOTION TO EXTEND TRIAL DATE AND ASSOCIATED DEADLINES

Upon consideration of the Motion to Extend Trial Date and Associated Deadlines to May 15, 2017, and for good cause shown, IT IS ORDERED, ADJUDGED AND DECREED that the Receiver's Motion is GRANTED.

Signed: January 26, 2017

Graham C. Mullen
United States District Judge