# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, <br><br> Plaintiff, <br><br> vs. <br><br> NILS OVE MARCELIND, OLA PERSSON, ROLF OSTLUND, LARS APELTHUN, and, ANDERS BRUNNEGARD, <br><br> Defendants. | Civil Action No. 3:15-cv-198 |

## ORDER

This matter is before the Court upon the Receiver's Motion for Summary Judgment and is now ripe for consideration. For the reasons previously fully described by this Court in granting Summary Judgment for the Receiver in *Bell v. Disner, et al.,* 3:14cv00091 (Doc. No. 142, November 29, 2016) and based on the undisputed facts related to Anders Brunnegard's net winnings from the ZeekRewards scheme, IT IS HEREBY ORDERED that the Receiver's Motion for Summary Judgment is GRANTED.

Signed: April 28, 2017

Graham C. Mullen
United States District Judge