# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kenneth D. Bell**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00198-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Nils Ove Marcelind | ) | |
| Lars Apelthun | | |
| Ola Persson | | |
| Anders Brunnegard | | |
| Rolf Ostlund**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 28, 2017 Order.

April 28, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court